UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINT & BASIL CORPORATION,<br><br>　　　　Defendant. | Case No. 21-cv-03784-VC<br><br>**ORDER DENYING APPLICATION FOR ENTRY OF JUDGMENT**<br><br>Re: Dkt. No. 19 |

　　The request for entry of judgment is denied. This case was dismissed with prejudice and the Court did not retain jurisdiction to enforce the settlement agreement. A contract dispute regarding compliance with that agreement is not properly before this Court.

　　**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
VINCE CHHABRIA
United States District Judge